1  RYAN L. DENNETT, ESQ.
   Nevada Bar No. 5617
2  rdenett@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
3  JENNIFER INSLEY MICHERI, ESQ.
   Nevada Bar No. 10089
4  jinsley-micheri@dennettwinspear.com
   3301 N. Buffalo Drive, Suite 195
5  Las Vegas, Nevada  89129
   Telephone:   (702) 839-1100
6  Facsimile:   (702) 839-1113
   *Attorneys for Defendant,*
7  *United Financial Casualty Insurance*
   *Company*
8

9
                    UNITED STATES DISTRICT COURT
10
                        DISTRICT OF NEVADA
11

12 | VICTOR MEJIA, an individual, and
   | NESTOR MENDEZ, an individual,
13 |                             Plaintiff,        CASE NO:   2:25-cv-02296-MDC

14 | vs.

15 | UNITED FINANCIAL CASUALTY           **STIPUILATION FOR EXTENSION OF**
   | COMPANY d/b/a PROGRESSIVE INSURANCE, a **TIME FOR DEFENDANT TO FILE AN**
16 | foreign company; DOES 1 through 10, ROE **ANSWER TO PLAINTIFF'S COMPLAINT**
   | Corporations 11 through 20, and ABC Limited **[DOC 1-2]**
17 | Liability Companies 21 through 30, inclusive,

18 |                             Defendants.

19

20        IT IS HEREBY STIPULATED by and between CHRISTIAN M. MORRIS, ESQ., VICTORIA

21 R. ALLEN, ESQ., and SARAH E. DiSALVO, ESQ., of the law firm of CHRISTIAN MORRIS TRIAL

22 ATTORNEYS, attorneys for Plaintiffs, VICTOR MEJIA and NESTOR MENDEZ and RYAN L.

23 DENNETT, ESQ. and JENNIFER INSLEY MICHERI, ESQ. of the law firm of DENNETT

24 WINSPEAR, LLP, that the Answer in the above-captioned matter to the Complaint on file

25  . . .

26  . . .

27  . . .

28

1  [Doc. 1-2] be extended until January 5, 2026.

DATED this 26th day of November, 2025

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

By    /s/ Christian M Morris
CRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
SARAH E. DiSALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone:  702-434-8282
Facsimile:   702-434-1488
*Attorneys for Plaintiffs, Victor Mejia and Nestor Mendez*

DATED this 26th day of November, 2025

**DENNETT WINSPEAR, LLP**

By    /s/ Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:    (702) 839-1100
Facsimile:     (702) 839-1113
*Attorneys for Defendant, United Financial Casualty Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2025

Submitted by:

**DENNETT WINSPEAR, LLP**

By    /s/ Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendant,
United Financial Casualty Insurance Company* 7

2