RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdenett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendant, United Financial Casualty Insurance Company***

DENNETT WINSPEAR
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VICTOR MEJIA, an individual, and NESTOR MENDEZ, an individual,

Plaintiff,

vs.

UNITED FINANCIAL CASUALTY COMPANY d/b/a PROGRESSIVE INSURANCE, a foreign company; DOES 1 through 10, ROE Corporations 11 through 20, and ABC Limited Liability Companies 21 through 30, inclusive,

Defendants.

CASE NO: 2:25-cv-02296-MDC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between TORI R. ALLEN, ESQ., of the law firm of CHRISTIAN MORRIS TRIAL ATTORNEYS, attorney for Plaintiffs, VICTOR MEJIA and NESTOR MENDEZ and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, UNITED FINANCIAL CASUALTY COMPANY d/b/a PROGRESSIVE INSURANCE,

. . .

. . .

. . .

. . .

. . .

that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

No trial date has been set in this matter and there are currently no motions pending before this Court to be adjudicated.

DATED this 14th day of July, 2026

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

By */s/ Victoria R. Allen*
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
***Attorneys for Plaintiffs, Victor Mejia and Nestor Mendez***

DATED this 14th day of July, 2026

**DENNETT WINSPEAR, LLP**

By */s/ Ryan L. Dennett*
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendant, United Financial Casualty Insurance Company***

**ORDER**

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS SO ORDERED.

DATED: July 15, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By */s/ Ryan L. Dennett*
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendant, United Financial Casualty Insurance Company***

DENNETT WINSPEAR
ATTORNEYS AT LAW